Anthony JOHNSON, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 76313.

Missouri Court of Appeals,
Western District.

Feb. 25, 2014.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 25, 2014.

Anthony Johnson, Jefferson City, MO, appellant acting pro se.

Mary Moore, Jefferson City, MO, for respondent.

Before Division Four: JAMES EDWARD WELSH, C.J., JOSEPH M. ELLIS, and THOMAS H. NEWTON, JJ.

### ORDER

PER CURIAM:

Anthony Johnson appeals the circuit court's judgment denying his post-conviction motion on the basis that it was a "successive motion" and, thus, was not reviewable under Rule 29.15(1). We affirm. Rule 84.16(b).